CLAIRE BEDELL, Respondent, v. THE CITY OF NEW YORK, Appellant.—

Lazansky, P. J., Adel and Close, JJ., concur; Hagarty and Carswell, JJ., dissent and vote to affirm.